MINNIE LIPSHITZ, Respondent, v. LOUIS LIPSHITZ, Appellant.— Judgment reversed upon the law and the facts, without costs, and complaint dismissed, without costs, upon the ground that plaintiff failed to prove facts sufficient to constitute a cause of action. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made. Hagarty, Carswell and Scudder, JJ., concur; Lazansky, P. J., dissents and votes for a new trial upon the ground that the determination of the trial court was against the weight of the evidence; Young, J., dissents and votes to affirm. Settle order on notice.

LONG ISLAND LAUNDERERS, INC., Respondent, v. CALVIN PRINCE and JOHN BEYL, Appellants.— Judgment modified by providing, instead of the injunctive provisions thereof, that defendants be restrained, during the periods mentioned in the judgment, from (a) directly or indirectly doing a laundry business or engaging in any laundry transactions with any customer of plaintiff with whom defendants had such business and transactions in behalf of plaintiff while in its employ, and (b) from soliciting, directly or indirectly, the customers whom they served while in the employ of plaintiff, and from working, directly or indirectly, for themselves or for any one else in collecting, delivering or soliciting laundry in the territory in which they worked as laundry drivers while in the employ of plaintiff. As so modified, the judgment, in so far as appealed from, is unanimously affirmed, with costs to appellants, on authority of *Clark Paper & Mfg. Co.* v. *Stenacher* (236 N. Y. 312). Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ. Settle order on notice.

FRANK M. MATHIEU, Trading and Doing Business under the Firm Name or Style of LINK ELECTRIC SALES, Appellant, v. THE HOOVER COMPANY, Respondent.— Order denying plaintiff's motion to strike out answer as sham and frivolous and for judgment affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

THOMAS P. NOONAN, Respondent, v. ALEXANDER MARGOLIS, Appellant.— Order of the County Court of Westchester county reversing judgment of the City Court of New Rochelle and directing judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.